IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Richard M. Geis | : | Case No.02-32353JAD |
| Cynthia Geis | : | Chapter 13 |
|      Debtor(s) | : | |
| PNC Bank National Association | : | |
| | : | Related to Document # 81 |
|      Movant(s) | : | |
| | : | |
|      vs. | : | |
| Richard M. Geis, Cynthia Geis and | : | |
| Ronda J. Winnecour, Trustee | : | Hearing Date 6/24/2014 |
|      Respondent(s) | | |

**TRUSTEE'S RESPONSE TO MOTION FOR ORDER
DIRECTING PAYMENT OF FUNDS TO CLAIMANT PURSUANT TO
11 U.S.C. § 347 AND 28 U.S.C. § 2041, et seq**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the 1.

This case was filed on March 8, 2005..

2.     Ronda J. Winnecour served as Chapter 13 Standing Trustee in this case.

3.     During the term of the case, the Trustee made distributions to PNC Bank.

4.     PNC Bank returned funds, stating that the account is closed.

5.     The Trustee lodged the funds unclaimed.

6.     PNC Bank filed a motion for payment of funds in the amount of $1182.00.

7.     The Trustee disputes PNC Bank's suggestion that it never received the

funds due to an address issue. PNC received and refunded the funds.

8.     PNC Bank should be made to demonstrate an ownership interest in the

funds. The closure of the account suggests that the account has been sold or

transferred.

WHEREFORE, the Trustee so reports to the Court. following:

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE


Date:  6/17/14                          by     __/s/ Jana S. Pail_____
                                        Jana S. Pail - PA I.D. #88910
                                        Attorney for Trustee
                                        US Steel Tower – Suite 3250
                                        600 Grant St.
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Richard M. Geis | : | Case No.02-32353JAD |
| Cynthia Geis | : | Chapter 13 |
| Debtor(s) | : | |
| PNC Bank National Association | : | |
| | : | Related to Document # 81 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Richard M. Geis, Cynthia Geis and | : | |
| Ronda J. Winnecour, Trustee | : | Hearing Date 6/24/2014 |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the 17th of June 2014, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

David Zive, Esquire
PNC Bank National Association
1600 Market Street  28th Floor
Philadelphia PA 19103

William E. Kelleher, Jr., Esquire
625 Liberty Avenue
Pittsburgh PA 15222

Richard and Cynthia Geis
708 Greenlee Road
Pittsburgh PA 15227

Francis F. Corbett, Esquire
310 Grant Street Suite 1420
Pittsburgh PA 15219

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com